Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

Theodore J Chicos

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Amazon et al

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. ______________________

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [✓] Yes [ ] No

FILED IN CLERKS OFFICE
2019 DEC 23 PM 2:20
U.S. DISTRICT COURT DISTRICT OF MASS.

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Theodore J Chicos |
| Street Address | 112 South Hampton Street |
| City and County | Boston South Boston District |
| State and Zip Code | Boston, MA 02118 |
| Telephone Number | 617-534-6100 |
| E-mail Address | |

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

1) Corporation
2) Corporation
3) Government agency
4) Individual

Defendant No. 1

| | |
|---|---|
| Name | Amazon |
| Job or Title *(if known)* | Corporation |
| Street Address | 348 Harrison Ave (Whole foods) |
| City and County | (South End) Boston ~~South Boston District~~ |
| State and Zip Code | MA 02118 (Suffolk County) |
| Telephone Number | 877 346 6244 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | InstaCart |
| Job or Title *(if known)* | Corporation |
| Street Address | 3858 Mystic Valley Pkwy, (Wegmans) |
| City and County | Medford, MiddleSex County |
| State and Zip Code | MA 02155 02155 |
| Telephone Number | 339-221-5700 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | CBFS changed to ACCS |
| Job or Title *(if known)* | Department of Mental Health (Government Agency) |
| Street Address | 25 Stanford St, Boston MA 02114 |
| City and County | Boston Suffolk County |
| State and Zip Code | MA 02114 |
| Telephone Number | 617-626-8000 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Joe DelValle |
| Job or Title *(if known)* | Legal Success Attorney |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | 857-588-2703 |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

- [x] Federal question
- [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual
The plaintiff, *(name)* Theodore J Chides, is a citizen of the State of *(name)* Massachusetts.

b. If the plaintiff is a corporation
The plaintiff, *(name)* ________, is incorporated under the laws of the State of *(name)* ________, and has its principal place of business in the State of *(name)* ________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual
The defendant, *(name)* ________, is a citizen of the State of *(name)* ________. Or is a citizen of *(foreign nation)* ________.

b. If the defendant is a corporation

The defendant, *(name)* __________, is incorporated under the laws of the State of *(name)* __________, and has its principal place of business in the State of *(name)* __________. Or is incorporated under the laws of *(foreign nation)* __________, and has its principal place of business in *(name)* __________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

~~CBFS + jobs found by this Company have all falsely allegated to cause me to lose jobs + home + also sustain health + injuries from individuals + property issues.~~

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Amazon - Made up lies and fired me and kept on theyre files

Instacart - same as above

Joe DeDuvalle

CBFS Failed to help very important matters.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am seeking a home, retirement funds, funds to fix my credit + child support delinquencies! I have been discriminated + wrongfully fired + false allegated + neglected by an attorney + a Gov agency

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/20/2019

Signature of Plaintiff [signature]

Printed Name of Plaintiff Theodore J Chiccas

### B. For Attorneys

Date of signing: __________

Signature of Attorney __________

Printed Name of Attorney __________

Bar Number __________

Name of Law Firm __________

Street Address __________

State and Zip Code __________

Telephone Number __________

E-mail Address __________

(1)

FILED
IN CLERKS OFFICE
2019 DEC 23 PM 2:20
U.S. DISTRICT COURT
DISTRICT OF MASS.

1) CBFS / 4 Joe Delvalle

CBFS is a Government agency that has Changed to ACCS who I was Trying to get help looking for employment and an apartment as I held a Subsidy and Section 8 Voucher from thyre housing connections my



father knew of after taking out a guardianship after I was attacked and beat up by several co worked at a night time Security job at Aqua Lounge in Daytona bch Florida. I was not incapacitated by any means, I was being disrespected by a former boyfriend's, friend of a girl I was dating. The guy antagonized me and disrespected me until we got into it & his friend was around the corner & they attacked me.



I was alright after the attack
and theyre was absolutely no need
of a guardianship. There was a
need of legal assistance.

(4)

I am not sure how he took out the Guardianship but because of his actions I was forced to take a small room unit at the Bowdoin Manor where I lived for 5 years unable to find a job or get any help from CBFS looking for a job I have many hospital bills from

Extra

P.S. I remember being coerced to sign guardinship papers but I don't remember signing

I was also committed to hospital & forced to take unnecessary drugs very soon after my father was able to get necessary documentation,



living there. I have visits to the emergency room for bed bug bites, ringworm, + physial therapy and torn hip flexor due to black toxic Mold the Land Trusts air conditioner blew into my room all Summer. I got hurt at



the gym & doing regular athletic activities such as running, as I go to gym & do jogging & practice martial arts (boxing). I had several visits to diffrent parts of the hospital for symptoms. The Mold was not found or seen until the end of the Summer by a friend of mine so it was blowing through probably all Summer



(far enough)

(far enough)

When I was finally able to walk CBFS finally gave me a job for 6 months in theyre gym & then found me a job at Integral Resources. The job fired me after 19 months and falsely accused me of harassing a Woman or maybe more than one, (I cannot remember). The people



of the job at Integral Resources did not show up to defend these statements at unemployment & I collected for 6 months.

The apartment CBFS found me at 163 Saratoga St also made the same allegations via

(9)

tenants living below me and I was in South Bay for same allegations + false charges for 10 days. I was in Court for several months + was threatened and assaulted several times living at the Pine Street Inn as Defendant #4 Joe Delvalle knew about it all as I had several



Meetings with him and my case workers at CBFS. Also appointed guardian "Mrs Jones", I forgot her 1st name but I had to ask Court for Removal because she would not help either. The tenants who made the false allegations at 163 Saratoga also never showed up to the hearings in Court. So the

(11)

Case got dismissed. I had informed (at CBFS) Caseworkers, Mrs. Jones & Mr Del Valle that I had also been assaulted at Bowdoin Manor & (CBFS Gym) have had Several Reports (Victim reports) at Area 1 Police Department near Bowdoin Stop Blue Line. I also had to call Police Several times on tenants living below me at 163

Saratoga that CBFS case worker Tim Robertson found me. There was a couple living below me and I knew the Father from my days of dating a girl named Ashley Gunn. The father living below me at 163 Saratoga was great friends with her brother,

13

I had several fights with her Brother friends and I had addressed this after taking the apartment (after having to call police for peace disturbance and finding stolen property in basement & trip wires tied around the stairs of the back of home where I did the shoveling.

Extra

P.S. The brother friends assaulted me on Thanks giving & a couple days after Christmas. And a 3rd time at my home on Triton Ave. This was around 1998 or 1999.

(14)

I took pictures + audios of the peace disturbances + Tripwires + Sent them to my Lawyers private Investagator During trial of theyre false allegations. I told Mr. DelValle of this and CBFS while I still had my

(15)

Sec 8 voucher + I asked Mr Delvalle to help me relocate my job at Amazon + use my Section 8 in Virginia because I thought it would be in my best interest to relocate after all

(16)

The problems here. However Mr Del Valle and the Nurse Practioner at CBFS continue to conspire to say I'm a liar and try to push unneccassary drugs for me to use stating I am seeing and hearing things that are not there such as the strings tied around my stairwell going down into the

(17)

backyard of 163 Saratoga. At the bottom of the stairs the was a sharpened bamboo stake they stuck into the ground.

I have been unable to find aa pro bono attorney and cannot afford to pay one. My legal Success attornies will not help with these Major



problems that occurred at these residences & work establishments.

2) Amazon @ wholefoods (South End)

I held a job as an in Store Shopper via Amazon. There were several occasions where black employees would not wait on me standing next in line to order at the fish stand & the meat stand, Instead, they pretended I was not

(19)

there and called on the man or woman that came in line after me, This started happening after I complained about a man named Tucker to our on-site problem solvers for Amazon. Tucker ~~was mat~~ was constantly aggravating me + provoking me on the job + I had to make a couple complaints to our onsite problem solvers. Also, I had to complain to Customer Service about a man running the coffee bar that insulted



me for asking what happened to the $0.70 cent refills. The manager of the coffee bar yelled only one refill in a very angry voice and made some other comments to make me feel very poor in front of a crowded coffee bar. He also came storming around the bar and walked directly towards me as if I was some kind of intruder. After I mentioned this to customer service I recieved a coffee by a different ... with some kind of nasty

hairball or hairpiece in it. I also reported this to our on-site problem solver at amazon. The next couple visits to the coffee bar they took forever making my coffees & I watched very closely to make sure they were not putting anything in it to harm me, ~~[illegible]~~ Only natural to do seeing there were so many problems there.



Another Woman that worked at Starbucks hit me twice with her shopping Cart after stating The President & Norwegian people dont belong in this Country. I am Norwegian & reported this to our on-site manager named ~~Kier~~ Kier who called me a liar. A woman working there named Janey saw the Woman Strike me with her cart later on during the shift



Janey was also a problem Solver there (a black lady). Kier must be Middle Eastern or Arabic. There's a girl on site manager there whos name I forget that I reported the coffee bar stuff to, I think the Customer Service guys name was bill. I can point any of them out by data base records as everyone had ID badges.



The Lady who hit me with her shopping Cart was angry because she asked me to get a cleanup person for her coffee spill & I was very busy and asked to tell me her name so a Wholefoods employee would know who to assist. She refused in giving me her name & mumbled several comments under her breath. Later on I got suspended for bad behavior & had to wait



for a call from the regional manager who
just happened to call me and fire me
as I was pouring a coffee at Au bon
Pain in China town. Not only that but
a man bumped into me or brushed by
me and I was surprised I did not
spill it. The regional manager + employee
that asked me to help her with her spill
both held 2nd jobs I believe at
Starbucks coffee. I am not sure
of the employees name but I do



remember what she looked like and can point her out on Amazon employee data base. I think the regional manager name is Christine Rodrigues but am not 100% sure but it is on file via my firing & I think discrimination. Amazon rebuttled to the discrimination board that I sexually harassed an employee, and also would stare at coffee shop employees. And I forgot

(27)

what the 3rd thing was they stated but I think it had something to do with ~~tucker~~ the man Tucker & not getting waited on. Just for the record Tucker is a black man and it just so happend he was the guy standing directly behind me at one of the times person running fish bar did not wait on me and waited on person directly behind me, ~~the person~~ I was staring at my coffees



as they took so long making it and also to make sure I did not recieve another hairball or piece or anything else in it. And Sexual harassment is ~~very foul~~ a very foul allegation to make on someone & hold on file. That is slander & libel.

3) InstaCart

There were a few employees at



this job that were big problems. There was a girl that kept on taking my phone equipment, wires, charger etc. I needed my phone for the job & we needed to keep our portable chargers powered up to last the shift or shifts during a regular day. I caught the Woman the 1st time she did it. The 3rd or 4th time she one of her friends (Max) pulled my portable charger & wire out from



a bottom cabinet underneath a pile of paper bags, plastic bags & miscellaneous papers. It surely appeared as if he knew someone did it & exactly where it was. This man Max was friends with the Woman I caught the 1st time my charger was missing & he also used to work with me at IRI in Cambridge where the 1st wrongful firing happened where



I collected unemployment. This guy Max used to say things that I found to be very disrespectful & provocative. Also his friend (the Woman I caught stealing) were always trying to get me fired. I complained to my boss on several occasions who always stated "we have cameras" watching our belongings which included our phone equipment. However anytime ~~something~~ I lossed a cord or a plug they had



no regards to look into or take any action at all. One day ~~[illegible]~~ the girl kicked my Cart & started jumping up & down and ran and told the manager I hit her after she pushed my cart as I was trying to get out of the small bagging area & onto an order. I think my cart slightly brushed her as she



pushed my Cart aside and tried to squeeze through a small space because she did not have the patienc to wait 10 seconds for me to continue out into the pickup area. I asked her to please not push me & she started jumping up & down in the aisle & conspired with Max who was also doing things in the same way. They went and called the



and stated to the manager I was bullying them. The manager took theyre word for it and immeditely ~~fired me~~ suspended me with no questions asked. These 2 people had been starting trouble with me since I first started working there. About 2weeks later they sent a termination letter, I filed ~~[illegible]~~ retaliation discrimination on both Amazon & Instacart who



(35)

both made lying statements to the discrimination board about reasons of my firing. Also my profile picture Instacart. I sent a picture for my customers to see as I appeared on there chat while ordering. My phone happened to send the wrong picture, It was a picture of myself next to a big bear. But I felt I was being harassed by other

workers because of it. I asked our managers if I could change it on several occasions including the 1st day I started The managers continued to tell me the picture has not yet been approved. I continued to tell them I wanted to change it because I did not send + they continued to tell me to wait, I continued to feel



I was being harassed by it by Max & his friend Steve & Continued to mention to my managers to please help me change the picture but they would not & continued to tell me it needs to be approved 1st. this went on my whole time of employment.

(38)

4) Joe Delvalle

Joe Delvalle knew about everything that was happening at Wholefoods in SouthEnd as I told him what was going on at the coffee shop & also had already told him about the assaults at Pine Street, the local YMCA gyms & the neighborhood of the South End around Pine Street

(39)

when I first got employed at Amazon @ wholefoods as an in store shopper I was asking Joe DelValle (my legal success attorney) for help relocating & ~~transferring~~ transferring my job to another state & also try to get help from the housing assistance program to move my apartment assistance in which I had a voucher for 1st & last paid



and 2/3 of rent paid monthly. CBFS & Joe DelValle disregarded all the prior assaults to whole foods & Amazon & also disregarded helping me find a discrimination attorney allowing these business to get away with the accusations, libel and more insulting people in the community & more assaults. Joe DelValle has also stated to

the courts that I have fantasized about a professional boxing match and have made up facts about my life as a martial artist which caused me to lose an opportunity for a prize fight worth millions of Dollars and also got me falsely accused of fraud. I am residing in a shelter next to a place that pretty much allows people to use drugs of



all kinds. Joe DelValle + CBFS also know I'm a clean + recovered addict and have over 8 years free of any illegal substances. After telling my caseworkers and Joe DelValle of all the problems at Pine St, Amazon + the Surrounding Neighborhood they tried to get me to Rent a place up on a Hill in the Middle of Roxbury somewhere.

(43)

It was the one and only place my caseworkers found for me after losing the apartment at 163 Saratoga after being homeless for over a year! I was afraid to take the apartment due to the # of assaults I had happen & because of the problems with the last 2 apartments found by CBFS. Like, what would happen next?



Later on CBFS sent me a letter of non compliance and asked me to signoff from there's assistance on finding work + housing, Because of what took place at prior employments + residences I was happy to sign releases.

P.S. (1)

I was taught Martial Arts by my stepfather Anthony Palladino from ages 4-9 and fought my 1st real tournament fight around 7 years old with a brown belt. Anthony was owner/operator of Eye of the Tiger gym in Winthrop

(p-5,d

And I started practicing Boxing at 14 years old when I also started body building + have been practicing ever since. I had several amateur boxing matches in Florida and was announced pro at Jackie Robinson Stadium during an event sponsored

P. 5(3)

by my boss + owner of Red tails bar + grill Hank Foley.

(1)

Relief

I need enough money to help me secure a home for life paid in full, at least a 3 bedroom because I have 2 kids. I will need enough money to pay the taxes on it in an area of my choice where I will feel safe, happy &



I need money to fix my bad credit & child support owed. I would also ask for a secure job in a safe & happy area where I dont have to worry. I am a member of Jeunesse & I cannot get anyone to sign up & I believe its because

(4)

all of the false allegations so I need more relief by fixing the lies that have been made by All defendants so I can work & [illegible] pay my own way. Because of all the years lost by the [illegible] [illegible] residences lived in & carelessness and slander & Libel by Companies

(2)

Secure. I would also like and ask for enough money to buy an automobile or Truck so I can get back and forth to Grocery Store & run any neccassary errands. I will need enough money to pay for heat and or electricity & upkeep of my property and also pay for gasoline for my auto or Truck.



and legal success attornies Barbra Gavin Jones and Joe DelValle and case worker at CBFS along with theyre Nurse BenMacci I am asking for 6 Million Dollars. Thats less than 1 Million Dollars for every year they have taken from me & lied through theyre Companies & databases

(9)

which caused me inability to find a happy workplace, home, friends or build my Jeunesse Business or do any kind of Marketing Sales.

Sincerely, Theo J Chicos

Theo J Chicos