UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 19-12581-RGS

THEODORE J. CHICOS

v.

AMAZON, INSTACART, CBFS, and JOE DELVALLE

MEMORANDUM AND ORDER

April 14, 2020

Theodore J. Chicos initiated this action by filing a *pro se* complaint accompanied by a motion for leave to proceed *in forma pauperis*.

By Memorandum and Order dated February 7, 2020, Chicos was granted leave to proceed *in forma pauperis*. See Docket No. 5. Chicos was advised that his complaint failed to state a claim and he was directed to file an amended complaint that complies with the pleading requirements of the Federal Rules of Civil Procedure and sets forth a plausible claim upon which relief may be granted. *Id.*

On March 2, 2020, Chicos filed an amended complaint. See Docket No. 6. The eleven-page amended complaint is accompanied by ninety-two pages of exhibits. *Id.*

While a plaintiff may include exhibits that are relevant to the claims, *see* Fed. R. Civ. P. 10(c), use of exhibits does not excuse Chicos of his responsibility to clearly and succinctly set forth the relevant allegations in the amended complaint. After a close review of the amended complaint, it clearly suffers from the same pleading deficiencies as the original complaint and fails to state a claim on which relief may be granted.

Based on the foregoing, and in accordance with the court's Memorandum and Order dated February 7, 2020, this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE